# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LORENZO MORALES,<br><br>    Plaintiff,<br><br>  v.<br><br>R. TORRES, et al.,<br><br>    Defendant. | Case No.: 1:17-cv-01673-JLT (PC)<br><br>NOTICE AND ORDER THAT INMATE JOSE LORENZO MORALES, CDC #AT-8729, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

The settlement conference in this matter concluded on March 19, 2019. Plaintiff inmate Jose Lorenzo Morales, CDC #AT-8729, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is DISCHARGED.

IT IS SO ORDERED.

    Dated: **March 19, 2019**            **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE