# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LORENZO MORALES,<br><br>Plaintiff,<br><br>vs.<br><br>R. TORRES, et al.,<br><br>Defendants. | Case No. 1:17-cv-001673-AWI-JLT<br><br>**ORDER ON STIPULATION TO AMEND DISCOVERY AND SCHEDULING ORDER** |

Upon consideration of the Parties' Joint Stipulation to Amend Discovery and Scheduling Order, dated April 12, 2019, the Court finds good cause to modify the Scheduling Order and sets the following new dates:

1) The deadline for motions challenging exhaustion of administrative remedies is 01/12/2020;
2) The deadline for amending the pleadings is 02/10/2020;
3) The deadline for completion of all discovery, including filing motions to compel, is 03/12/2020; and

/ / /

/ / /

/ /

4) The deadline for filing pre−trial dispositive motions is 4/12/2020.

IT IS SO ORDERED.

Dated: __**July 11, 2019**__                    __**/s/ Jennifer L. Thurston**__
                                                                UNITED STATES MAGISTRATE JUDGE