UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LORENZO MORALES,<br><br>        Plaintiff,<br><br>    v.<br><br>R. TORRES, et al.,<br><br>        Defendants. | Case No.: 1:17-cv-01673-AWI-JLT (PC)<br><br>ORDER DISCHARGING ORDER<br>TO SHOW CAUSE<br><br>(Doc. 61) |

On October 26, 2019, the Court issued an order to show cause why sanctions should not be imposed for Plaintiff's failure to prosecute this action. (Doc. 61.) The Court ordered that, within that same time, Plaintiff may file an opposition to Defendants' motion for summary judgment, (Doc. 54), or a motion or stipulation requesting an extension of time to file an opposition. (Doc. 61 at 2.) On October 29, 2019, Plaintiff's counsel filed a joint stipulation for an extension of time on behalf of both parties. (Doc. 62.) The stipulation states that "Plaintiff's counsel believed the Court's July [11, 2019] Order reset the appropriate deadlines for the pending Motion for Summary Judgment," and that the "Parties agree to modify the briefing schedule … to allow for an adequate amount of time to brief the Motion[,] … [s]ubject to this Court's approval…" (*Id.* at 2.)

///

///

1 | Good cause appearing, the Court DISCHARGES the order to show cause issued on October 26, 2019, (Doc. 61).

IT IS SO ORDERED.

Dated: **October 31, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE