# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LORENZO MORALES,<br><br>              Plaintiff,<br><br>    v.<br><br>R. TORRES, et al.,<br><br>              Defendants. | Case No.: 1:17-cv-01673-AWI-JLT (PC)<br><br>ORDER ON STIPULATION TO AMEND BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT |

On October 29, 2019, the parties filed a joint stipulation to modify the briefing schedule for Defendants' pending motion for summary judgment, (Doc. 54). (Doc. 62.) Upon consideration of the stipulation, and good cause appearing, the Court modifies the briefing scheduling for the pending motion as follows:

1. The deadline for Plaintiffs to file an opposition or statement of non-opposition to Defendants' motion for summary judgment, (Doc. 54), is November 19, 2019; and,

2. The deadline for Defendants to file a reply, if any, to Plaintiff's opposition is December 5, 2019.

IT IS SO ORDERED.

    Dated:   **October 31, 2019**                      **/s/ Jennifer L. Thurston**
                                                                                UNITED STATES MAGISTRATE JUDGE