UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LORENZO MORALES,<br><br>  Plaintiff,<br><br> v.<br><br> R. TORRES, et al.,<br><br>  Defendants. | Case No.: 1:17-cv-01673-AWI-JLT (PC)<br><br>**ORDER ON STIPULATION TO AMEND DISCOVERY AND SCHEDULING ORDER** |

Upon consideration of the parties' joint stipulation to amend the discovery and scheduling order filed January 7, 2020, (Doc. 68), the Court finds good cause to modify the scheduling order and sets the following new dates:

1. The deadline for amending the pleadings is June 10, 2020;
2. The deadline for completing all discovery, including filing motions to compel, is July 12, 2020; and,
3. The deadline for filing pre-trial dispositive motions is August 12, 2020.

IT IS SO ORDERED.

Dated: __**January 9, 2020**__     _____**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE