UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LORENZO MORALES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. TORRES, et al.,<br><br>　　　　　Defendants. | Case No.: 1:17-cv-01673-AWI-JLT (PC)<br><br>**ORDER ON STIPULATION EXTENDING TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS** |

Upon consideration of the parties' joint stipulation filed January 16, 2020, (Doc. 70), the Court finds good cause to extend the deadlines for filing objections to the findings and recommendations issued on December 27, 2019, (Doc. 67), and for filing a reply thereto. Accordingly, the Court sets the following new dates:

1. The deadline for Plaintiff to file objections to the findings and recommendations, (Doc. 67), is February 7, 2020;
2. The deadline for Defendants to file a reply, if any, to the objections is February 21, 2020.

IT IS SO ORDERED.

　　Dated:　**January 21, 2020**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE