UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE LORENZO MORALES,**<br><br>                               Plaintiff,<br><br>     v.<br><br>**R. TORRES, et al.,**<br><br>                               Defendants. | Case No. 1:17-cv-1673-AWI-JLT (PC)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO AMEND THE CASE SCHEDULE**<br>**(Doc. 74)** |

Based upon the stipulation of the parties and good cause appearing, the Court ORDERS the case schedule to be amended as follows:

1) Any stipulations to amend or motions to amend SHALL be filed no later than August 10, 2020;

2) The parties SHALL complete all discovery, including filing motions to compel, no later than September 12, 2020;

3) The parties SHALL file dispositive motions, if any, no later than October 12, 2020.

IT IS SO ORDERED.

    Dated:  **May 11, 2020**                    **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE