UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LORENZO MORALES,<br><br>            Plaintiff,<br><br>   v.<br><br>R. TORRES, et al.,<br><br>            Defendants. | Case No. 1:17-cv-01673-AWI-JLT (PC)<br><br>**ORDER ON STIPULATION TO AMEND DISCOVERY AND SCHEDULING ORDER** |

Upon consideration of the parties' stipulation to amend the discovery and scheduling order (Doc. 76), the Court finds good cause to modify the order and sets the following new deadlines:

1. The deadline for amending the pleadings is November 10, 2020;
2. The deadline for completing all discovery, including filing motions to compel, is December 12, 2020; and,
3. The deadline for filing pre-trial dispositive motions is January 12, 2021.

IT IS SO ORDERED.

Dated: **July 10, 2020**                          **/s/ Jennifer L. Thurston**
                                                                       UNITED STATES MAGISTRATE JUDGE