UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LORENZO MORALES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. TORRES, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01673-AWI-JLT (PC)<br><br>**ORDER ON STIPULATION TO AMEND DISCOVERY AND SCHEDULING ORDER** |

Upon consideration of the parties' stipulation to amend the discovery and scheduling order (Doc. 78), the Court finds good cause to modify the order and sets the following new deadlines:

1. The deadline for amending the pleadings is February 11, 2021;
2. The deadline for completing all discovery, including filing motions to compel, is March 15, 2021; and,
3. The deadline for filing pre-trial dispositive motions is April 13, 2021.

IT IS SO ORDERED.

　　Dated:　**October 14, 2020**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE